Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELIAS RUIZ,<br><br>　　　　　Defendant. | DOCKET No. 6:13-cr-005-MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND SET STATUS CONFERENCE; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Elias Ruiz, by and through his attorney of record, Jerome Price, that the Jury Trial in the above-captioned matter set for March 5, 2014, shall be vacated and a Status Conference set for January 20, 2015, at 10:00 a.m.  Ruiz is charged with four counts in a criminal complaint. Count Four is a Class A misdemeanor. Ruiz agrees to waive time as to Count Four as the Government and Defendant have entered into a Deferred Prosecution Agreement.

　　　　Dated:  February 21, 2014　　　　　　/S/ Matthew McNease_____
　　　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

　　　　Dated:  February 21, 2014　　　　　　 /S/ Jerome Price_____
　　　　　　　　　　　　　　　　　　　　　　　Jerome Price
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

1

Federal Defenders Office

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the March 5, 2014, Jury Trial for *U.S. v. Elias Ruiz*, case number 6:13-cr-005-MJS, is hereby vacated and a Status Conference is set for January 20, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 25, 2014            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE