Susan St. Vincent
Acting Legal Officer
Matthew Knoblauch
Yosemite Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ELIAS RUIZ,<br><br>         Defendant. | DOCKET NO: 6:13-cr-005-MJS<br><br>**MOTION TO VACATE STATUS CONFERENCE AND DISMISS; AND ORDER THEREON** |

     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice. Elias RUIZ entered into a deferred prosecution agreement with the Government and has fully complied with the terms of the agreement.  Currently, a Status Conference is set for September 29, 2015 for the above matter. The Government respectfully requests it be vacated.

//

//

//

1

Dated:  September 9, 2015              NATIONAL PARK SERVICE

 /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Elias Ruiz,* 6:13-cr-005-MJS, be dismissed, without prejudice, in the interest of justice, and the Status Conference currently set for September 29, 2015, be vacated.

IT IS SO ORDERED.

Dated:   September 9, 2015              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

2